**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No.: 1:25-cr-00170-TWP-MKK-1 |
| vs. | ) | |
| | ) | |
| AUSTIN GROSS, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER GRANTING IN PART
## AMENDED MOTION FOR EXTENSION OF TIME

This matter is before the Court on the Defendant Austin Gross's Amended Partially Opposed Motion to Extend Deadline to Scheduling Order to no later than June 1, 2026. (Dkt. 444). The Government opposes the Motion and request a deadline no later than May 18, 2026 for Defendant Gross to submit a proposed Scheduling Order. (Dkt. 445). The Court, being duly advised, now **GRANTS** the Motion, Dkt. [444] in part, and extends the deadline for Gross to submit a proposed Scheduling Order to **May 22, 2026.**

IT IS THEREFORE ORDERED that the the parties shall meet and confer as directed in (Dkt. 437), and tender a proposed Scheduling Order by no later than **May 22, 2026**.

The Partially Opposed Motion to Extend Deadline to Scheduling Order, Dkt. [443] is **DENIED** as moot.

So Ordered:

Date: 5/11/2026

_____
Hon. Tanya Walton Pratt, Judge
United States District Court
Southern District of Indiana

Distribution to all electronically registered counsel of record via CM/ECF